Exhibit A – Defamation Timeline

# Exhibit A

## Timeline

| Date | False Statement | Publisher | Audience | Platform |
|---|---|---|---|---|
| 4/21/2025 | "Also he got uninvited by @hulu because he's a s3ual pr3dator that can't keep his hands to himself, not because I'm hiding anything from my husband. He's a lying clout chaser. [Marciano's screen name] hope your 15 min of fame is worth it, you're pathetic." | Demi Engemann | Public | Instagram |
| 4/22/2025 | Engemann states she is "[a]nxious to see how many other women come forward, I know without a doubt I'm not the first." | Demi Engemann | Public | Instagram |
| 4/22/2025 | "There was two ass grabs." | Demi Engemann | Jessi Ngatikura and Jeff Jenkins production staff | In-person Conversation |
| On or around 4/22/2025 | "It seems pretty clear but I guess some people are still confused – unwanted physical touch = assault. PERIOD the end. To the people that were made aware of these events and watched me cry, and then proceed to use their platforms to victim shame, publicly call me a liar, and judge the way I handled it, from the bottom of my heart, shame on every last one of you." | Demi Engemann | Public | Instagram |

1

Exhibit A – Defamation Timeline

| Date | False Statement | Publisher | Audience | Platform |
|---|---|---|---|---|
| Late April/early May 2025 | "I had opened up to all of the girls after Vanderpump Villa that I had been groped, sexually assaulted . . . I told [] the girls and I asked them not to tell anyone. A couple of the girls were like you need to like file against this guy. Like [] if this were me, this is what I would do. And I was just like Guys, like I need you to allow me to handle this the way that I want to handle it. And um I just said I need you to respect that I don't want to talk about this and I don't want to make it legal. I don't want all of the everything that comes with making this legal on my plate right now with everything else going on. Like I do not want this to become a thing. Please promise me you won't tell your husbands. Do not tell a soul." | Demi Engemann | Nick Viall | The Viall Files |
| Early May 2025 | "I either was sexually assaulted or I wasn't and the answer is that I was. . . . [T]he fact that people are trying to diminish [the assault] and be like 'oh well why'd you still talk to him?' I don't know. Why'd someone who got beat 75 times by their husband stay married to them and says that they're completely in love with them? You do weird things when you're in those situations." | Demi Engemann | Whitney Leavitt and Jeff Jenkins production staff | In person conversation |
| 5/15/2025 | Season 2 of Secret Lives of Mormon Wives Premieres | | | |

Exhibit A – Defamation Timeline

| Date | False Statement | Publisher | Audience | Platform |
|---|---|---|---|---|
| 5/15/2025 | "I had opened up to all of the girls after Vanderpump Villa that I had been groped, sexually assaulted . . .I told [] the girls and I asked them not to tell anyone. A couple of the girls were like you need to like file against this guy.  Like [] if this were me, this is what I would do. And I was just like Guys, like I need you to allow me to handle this the way that I want to handle it. And um I just said I need you to respect that I don't want to talk about this and I don't want to make it legal. I don't want all of the everything that comes with making this legal on my plate right now with everything else going on. Like I do not want this to become a thing. Please promise me you won't tell your husbands. Do not tell a soul." | Demi Engemann | Public | The Viall Files |

Exhibit A – Defamation Timeline

| Date | False Statement | Publisher | Audience | Platform |
|---|---|---|---|---|
| Mid-May 2025 | "I did come out with a pretty bold and true statement against Marciano [recently] because at that point it was like, 'You're lying about me. Actually, you were the predator.' So I'm not going to stay quiet — and I stand by that statement," she exclusively told Us Weekly at the time. "There's more happening behind the scenes with that that will come to light. I'm sure at this point it's become a legal matter. There's not much more I can say on it as of now because I want to preserve the fact that it's a serious situation. But I stand behind those statements. He's trying to protect him. He's in the wrong, and I think he's scared. It's fair to say that [the] majority of people that will come forward and are trying to speak out on things or diminish my experience or come out, it's the protest too much oftentimes. It's not always the case — but especially with people who weren't involved in the situation that are going to come forward and have so much to say about it or opinions on the matter. To me, it's a clear sign of damage control." | Demi Engemann | Public | US Weekly |
| late May/June 2025 | "Marciano did sexually assault me." | Demi Engemann | Secret Lives of Mormon Wives castmates and Jeff Jenkins production staff | In person conversation |
| 7/1/2025 | Season 2 of Secret Lives of Mormon Wives Reunion is Released | | | |

4

Exhibit A – Defamation Timeline

| Date | False Statement | Publisher | Audience | Platform |
|---|---|---|---|---|
| Fall 2025 | "[Y]ou can be sexually assaulted and then also continue a relationship. . . I think honestly just boils down to a trauma response and having a lack of [b]oundaries." | Demi Engemann | Secret Lives of Mormon Wives castmates and Jeff Jenkins production staff | In person conversation |
| Fall 2025 | In response to a conversation about Matthews' sexual abuse, Engemann cried and said it reminded her of everything she had been through "this past year." Engemann also addressed Neeley "how uncomfortable would it be if you got [] raped by your abuser or you got slapped or [w]hatever, and then afterwards you're like, 'I love you.' And then later they're like, [] 'it's really weird that you said I love you.'" | Demi Engemann | Secret Lives of Mormon Wives castmates and Jeff Jenkins production staff | In person conversation |
| Fall 2025 | Marciano is a "stupid fucking asshole that's lied" and is "ruining [her] reputation." | Demi Engemann | Secret Lives of Mormon Wives castmates and Jeff Jenkins production staff | In person conversation |
| 11/13/2025 | Season 3 of Secret Lives of Mormon Wives Premieres | | | |

5

Exhibit A – Defamation Timeline

| Date | False Statement | Publisher | Audience | Platform |
|---|---|---|---|---|
| 11/13/2025 | "Also he got uninvited by @hulu because he's a s3ual pr3dator that can't keep his hands to himself, not because I'm, hiding anything from my husband. He's a lying clout chaser. [Marciano's screen name] hope your 15 min of fame is worth it, you're pathetic." | Demi Engemann and Jeff Jenkins | Public | The Secret Lives of Mormon Wives, Season 3, Episode 6 |
| 11/13/2025 | "There was two ass grabs." | Demi Engemann and Jeff Jenkins | Public | The Secret Lives of Mormon Wives, Season 3, Episode 6 |
| 11/13/2025 | "It seems pretty clear but I guess some people are still confused – unwanted physical touch = assault. PERIOD the end. To the people that were made aware of these events and watched me cry, and . . ." | Demi Engemann and Jeff Jenkins | Public | The Secret Lives of Mormon Wives, Season 3, Episode 7 |
| 11/13/2025 | "I either was sexually assaulted or I wasn't and the answer is that I was. . . . The fact that people are trying to diminish [the assault] and be like 'oh well why'd you still talk to him?' I don't know. Why'd someone who got beat 75 times by their husband stay married to them and says that they're completely in love with them? You do weird things when you're in those situations." | Demi Engemann and Jeff Jenkins | Public | The Secret Lives of Mormon Wives, Season 3, Episode 8 |
| 11/13/2025 | "Marciano did sexually assault me." | Demi Engemann and Jeff Jenkins | Public | The Secret Lives of Mormon Wives, Season 3, Episode 10 |

Exhibit A – Defamation Timeline

| Date | False Statement | Publisher | Audience | Platform |
|---|---|---|---|---|
| 11/18/2025 | "By definition, sexual assault is any nonconsensual sexual act or contact. As a woman, it distresses me that what happened to Demi is being minimized. You cannot believe the lies from a known liar." | Demi Engemann, through publicist | Public | Newsweek article |
| 11/24/2025 | Engemann stated that Marciano "grabbed" her "privates" without permission. | Demi Engemann | Public | Instagram |
| 11/25/2025 | "I won't let a private act between my husband and I be a distraction from a serious act that I did not consent to." | Demi Engermann | Public | Instagram |
| 12/4/2025 | Season 3 of Secret Lives of Mormon Wives Reunion is Released | | | |
| 12/4/2025 | "[Y]ou can be sexually assaulted and then also continue a relationship. . . I think honestly just boils down to a trauma response and having a lack of [b]oundaries." | Demi Engemann and Jeff Jenkins | Public | The Secret Lives of Mormon Wives, Season 3, Reunion Episode |
| 12/4/2025 | In response to a conversation about Matthews' sexual abuse, Engemann cried and said it reminded her of everything she has been through "this past year." She also stated to Neeley, "how uncomfortable would it be if you got [] raped by your abuser or you got slapped or [w]hatever, and then afterwards you're like, 'I love you.' And then later they're like, [] 'it's really weird that you said I love you.'" | Demi Engemann and Jeff Jenkins | Public | The Secret Lives of Mormon Wives, Season 3, Reunion Episode |

7

Exhibit A – Defamation Timeline

| Date | False Statement | Publisher | Audience | Platform |
|---|---|---|---|---|
| 12/4/2025 | "There was two ass grabs." | Demi Engemann and Jeff Jenkins | Public | The Secret Lives of Mormon Wives, Season 3, Reunion Episode |
| 12/4/25 | "[Marciano] is not truthful. . . . He is lying. Not only lying about what actually happened at Vanderpump Villa, but lying about the relationship that we had." | Demi Engemann | Public | Entertainment Tonight |
| 12/4/25 | "Unequivocally . . . I was sexually assaulted and inappropriately touched without my consent." | Demi Engemann | Public | Entertainment Tonight |