David C. Reymann (8495)
Sean M. Sigillito (20101)
Carissa A. Uresk (18114)
**PARR BROWN GEE & LOVELESS**
101 South 200 East, Suite 700
Salt Lake City, Utah 84111
Telephone: (801) 532-7840
dreymann@parrbrown.com
ssigillito@parrbrown.com
curesk@parrbrown.com

*Attorneys for Defendant Jeff Jenkins
Productions LLC*

Cameron Stracher (*pro hac vice forthcoming*)
Sara Tesoriero (*pro hac vice forthcoming*)
**CAMERON STRACHER, PLLC**
1133 Broadway, Suite 516
New York, New York 10010
Telephone: (646) 992-3850
cam@stracherlaw.com
sara@stracherlaw.com

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| MARCIANO BRUNETTE,<br><br>Plaintiff,<br><br>v.<br><br>DEMI ENGEMANN and JEFF JENKINS PRODUCTIONS LLC,<br><br>Defendants. | **DEFENDANT JEFF JENKINS PRODUCTIONS LLC'S CORPORATE DISCLOSURE STATEMENT**<br><br>Case No. 2:25-cv-01102-DAO<br><br>Magistrate Judge Daphne A. Oberg |

Pursuant to Federal Rule of Civil Procedure 7.1(a), Defendant Jeff Jenkins Productions LLC (JJP) makes the following disclosure:

JJP is a Delaware limited liability company with its principal place of business in California. No publicly held corporation holds 10% or more of JJP's stock. The two members of JJP are 3BMG, LLC and Linderhof, Inc.

3BMG, LLC is a Delaware limited liability company.  3BMG, LLC has a single member, 3 Ball Entertainment, Inc.  3 Ball Entertainment, Inc. is a Delaware corporation and has its principal place of business in California.

Linderhof, Inc. is a California corporation and has its principal place of business in California.

DATED this 10th day of January 2026.

/s/ David C. Reymann

**PARR BROWN GEE & LOVELESS**
David C. Reymann
Sean M. Sigillito
Carissa A. Uresk

**CAMERON STRACHER, PLLC**
Cameron Stracher
Sara Tesoriero

*Attorneys for Defendant Jeff Jenkins Productions LLC*

2