David C. Reymann (8495) (dreymann@parrbrown.com)
Sean Sigillito (20101) (ssigillito@parrbrown.com)
Carissa Uresk (18114) (curesk@parrbrown.com)
**PARR BROWN GEE & LOVELESS, P.C.**
101 South 200 East, Suite 700
Salt Lake City, Utah 84111
Telephone: (801) 532-7840

Cameron Stracher (*pro hac vice*) (cam@stracherlaw.com)
Sara Tesoriero (*pro hac vice*) (sara@stracherlaw.com)
**CAMERON STRACHER, PLLC**
1133 Broadway, Suite 516
New York, New York 10010
Telephone: (646) 992-3850

Attorneys for Defendant Jeff Jenkins Productions LLC

---

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| MARCIANO BRUNETTE,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>DEMI ENGEMANN and JEFF JENKINS PRODUCTIONS LLC,<br><br>　　　　　Defendants. | **DEFENDANT JEFF JENKINS PRODUCTIONS LLC'S MOTION FOR LEAVE TO FILE OVERLENGTH MOTION FOR SUMMARY JUDGMENT UNDER FED. R. CIV. P. 56, MOTION FOR JUDGMENT ON THE PLEADINGS UNDER FED. R. CIV. P. 12(c), AND MOTION FOR FEES UNDER UTAH CODE § 78B-25-102**<br><br>Case No. 2:25-CV-01102-DAO<br><br>Magistrate Judge Daphne A. Oberg |

Pursuant to DUCivR 7-1(a)(7), Defendant Jeff Jenkins Productions LLC (JJP)

respectfully requests leave to file an overlength combined Motion for Summary Judgment Under

Fed. R. Civ. P. 56, Motion for Judgment on the Pleadings Under Fed. R. Civ. P. 12(c), and Motion for Fees Under Utah Code § 78B-25-102 (Motion). The Motion is approximately 40 pages in length.

Under DUCivR 7-1(a)(4), JJP is already allowed 40 pages with respect to its Rule 56 motion and 25 pages with respect to its Rule 12(c) motion. Therefore, JJP respectfully submits that good cause exists to allow it to file a 40-page combined motion under Rules 12(c) and 56 and under Utah Code § 78B-25-102 because it will conserve judicial and party resources by focusing the issues and reducing duplicative briefing on overlapping factual and legal matters. A proposed Order is filed concurrently herewith.

RESPECTFULLY SUBMITTED this 17th day of February 2026.

/s/ David C. Reymann

**PARR BROWN GEE & LOVELESS, P.C.**
David C. Reymann
Sean M. Sigillito
Carissa A. Uresk

**CAMERON STRACHER, PLLC**
Cameron Stracher
Sara C. Tesoriero

Attorneys for Defendant Jeff Jenkins Productions LLC

2