**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF UTAH**

| | |
|---|---|
| MARCIANO BRUNETTE,<br><br>Plaintiff,<br><br>v.<br><br>DEMI ENGEMANN and JEFF JENKINS PRODUCTIONS LLC,<br><br>Defendants. | **ORDER GRANTING DEFENDANT JEFF JENKINS PRODUCTIONS LLC'S MOTION FOR LEAVE TO FILE OVERLENGTH MOTION FOR SUMMARY JUDGMENT UNDER FED. R. CIV. P. 56, MOTION FOR JUDGMENT ON THE PLEADINGS UNDER FED. R. CIV. P. 12(c), AND MOTION FOR FEES UNDER UTAH CODE § 78B-25-102**<br><br>Case No. 2:25-CV-01102-DAO<br><br>Magistrate Judge Daphne A. Oberg |

This matter came before the Court on Defendant Jeff Jenkins Productions LLC's Motion for Leave to File Overlength Motion for Summary Judgment Under Fed. R. Civ. P. 56, Motion for Judgment on the Pleadings Under Fed. R. Civ. P. 12(c), and Motion for Fees Under Utah Code § 78b-25-102 (Motion).

The Court, having considered the Motion and good cause appearing, hereby GRANTS the Motion. Jeff Jenkins Productions LLC is given the leave requested.

DATED this ___ day of February 2026.

BY THE COURT:

_____
Hon. Daphne A. Oberg
United States Magistrate Judge