Julianne P. Blanch, USB #6495
**PARSONS BEHLE & LATIMER**
201 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone:  801.532.1234
Facsimile:  801.536.6111
JBlanch@parsonsbehle.com
ecf@parsonsbehle.com

*Attorneys for Defendant DEMI ENGEMANN*

---

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| MARCIANO BRUNETTE, <br><br> Plaintiff, <br><br> vs. <br><br> DEMI ENGEMANN and JEFF JENKINS PRODUCTIONS LLC, <br><br> Defendant. | **DECLARATION OF JULIANNE P. BLANCH IN SUPPORT OF DEFENDANT DEMI ENGEMANN'S MOTION TO DISMISS PURSUANT TO UTAH'S UNIFORM PUBLIC EXPRESSION PROTECTION ACT OR, ALTERNATIVELY, FED. R. CIV. P. 12(b)(6)** <br><br> Case No. 2:25-cv-01102-DAO <br><br> Magistrate Judge Daphne A. Oberg |

I, Julianne P. Blanch, declare as follows:

1.      I am an attorney and shareholder at Parsons Behle & Latimer, counsel for Defendant Demi Engemann ("Ms. Engemann") in the above-entitled action. The statements made herein are based upon personal knowledge, except for those matters stated upon information and belief, and as to those matters, I believe them to be true. If called upon to testify, I could and would do so competently under oath.

4932-8437-6464.v1

2.      Attached hereto as Exhibit 1 is a true and correct copy of an article titled "Marciano Brunette 'Getting Even' After Suing Demi Over Sex Assault Claims" from TMZ dated December 7, 2025, obtained from the following URL on February 13, 2026: https://www.tmz.com/2025/12/07/marciano-brunette-posts-getting-even-suing-demi-engemann.

3.      Attached hereto as Exhibit 2 is a true and correct copy of an article titled "Who Is Marciano Brunette? All About the *Vanderpump Villa* Star at the Center of *The Secret Lives of Mormon Wives* Cheating Scandal" from People Magazine dated November 13, 2025, obtained from the following URL on February 13, 2026: https://people.com/who-is-marciano-brunette-11848098.

4.      Attached hereto as Exhibit 3 is a true and correct copy of an article titled "*Vanderpump Villa*'s Marciano Brunette Sues *Mormon Wives*' Demi Engemann Over 'Unwanted Touch' Claim" from E! News dated December 7, 2025, obtained from the following URL on February 13, 2026: https://www.eonline.com/news/1425918/marciano-brunette-sues-demi-engemann-of-secret-lives-of-mormon-wives.

5.      Attached hereto as Exhibit 4 is a true and correct copy of an article titled "Marciano Brunette Sues Demi Engemann for Defamation Following 'Sexual Predator' Claim" from People Magazine dated December 5, 2025, obtained from the following URL on February 13, 2026: https://people.com/marciano-brunette-sues-demi-engemann-for-defamation-following-sexual-predator-claim-11863532.

6.      Attached hereto as Exhibit 5 is a true and correct copy of an article titled "'Mormon Wives' star Demi Engemann sued for 'false' assault claims" from USA Today dated December 8, 2025, obtained from the following URL on February 13, 2026:

2

https://www.usatoday.com/story/entertainment/celebrities/2025/12/08/marciano-brunette-sues-demi-engemann-sexual-assault/87674971007/.

7.      Attached hereto as Exhibit 6 is a true and correct copy of an article titled "A 'Secret Lives of Mormon Wives' cast member is being sued. Here's why." from The Salt Lake Tribune dated December 6, 2025, obtained from the following URL on February 13, 2026:

https://www.sltrib.com/artsliving/2025/12/06/demi-engemann-secret-lives-mormon/.

8.      Attached hereto as Exhibit 7 is a true and correct copy of a "Performer Agreement" dated February 27, 2025, entered into between Ludwig Productions, LLC, and Marciano Brunette.

9.      I am readily familiar with the streaming service known as "Hulu." The Hulu streaming service can be accessed at the following domain address: www.hulu.com ("Hulu Platform"). Upon accessing the Hulu Platform, I located the reality television series *Vanderpump Villa* at the following domain address: https://www.hulu.com/series/vanderpump-villa-bf42f6f5-db26-4429-85e0-17e86d161c98 ("VV Series"). I was able to determine that the Hulu Platform offers two seasons of the VV Series for viewing, Season 1 and Season 2. I was able to access Episode 1 of Season 1 of the VV Series, entitled "Welcome to Chateau Rosabelle" at the following domain address: https://www.hulu.com/watch/b2ef8ba0-22a6-46e5-b20c-11be84ad163f. At the 9:01 mark of the "Welcome to Chateau Rosabelle" Episode, I was able to watch the following on-screen interview featuring the plaintiff, Marciano Brunette: https://www.hulu.com/watch/b2ef8ba0-22a6-46e5-b20c-11be84ad163f .  This video link accurately depicts the on-screen interview of the plaintiff, Marciano Brunette, that I was able to access when following each of the above-referenced steps.

4932-8437-6464.v1

I declare under penalty of perjury under the laws of the State of Utah that the foregoing is true and correct. Executed on February 17, 2026, at 11:30 a.m.

DATED February 17, 2026.

/s/*Julianne P. Blanch*
Julianne P. Blanch
PARSONS BEHLE & LATIMER

Attorneys for Defendant DEMI ENGEMANN

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of February 2026 I filed the foregoing DECLARATION OF JULIANNE BLANCH using the Court's ECF filing system which in turn served all counsel of record.

/s/*Michelle Orton-Brown*
Legal Asst, Parsons Behle & Latimer

4

4932-8437-6464.v1