DOWNLOAD OUR CATALOG

GOT A TIP?

# TMZ



**Cops Investigating New Video, Suspicious Man Near Nancy Guthrie's Home 1 Week Before Abduction**



**TAP-IN Alabama Barker's Busty Black Bikini, Britney Sells Her Music!**



**Texas A&M Student's Death Ruled Suicide by Medical Examiner, Family Calls BS**



**PINK VS. RED ... Ladies in Lacy-Hot Lingerie Who'd You Rather?!**



**Britney Spears Seen Out for First Time Since Selling Music Catalog**

Marciano Brunette Posts About 'Getting Even' After Suing Demi Engemann

# MARCIANO BRUNETTE
# 'GETTING EVEN' AFTER SUING DEMI OVER SEX

   

By **TMZ STAFF**

Published **December 7, 2025** 5:51 AM PST

Getty Composite

**Marciano Brunette** is sending a message loud and clear after filing a lawsuit against **Demi Engemann** and it's all about "getting even."

Just one day after suing Engemann over her sexual assault allegations, the "Vanderpump Villa" star dropped an Instagram Reel Saturday featuring a trending sound about payback. In the clip, the voiceover says, "Somebody do something to me,

I'll do something to them, this is common sense," followed by, "So you believe in getting even? Hell to the yeah."



We broke the story ... according to court docs, obtained by TMZ, he accuses "The Secret Lives of Mormon Wives" star of **falsely portraying him as a "sexual predator,"** claiming the allegations have wrecked his reputation and cost him job opportunities.

Case 2:25-cv-01102-TC-DAO    Document 31-1    Filed 02/17/26    PageID.217    Page 4 of 6



Getty

His filing lays out his version of their interactions while filming in Italy ... alleging they flirted, talked privately, and shared a consensual kiss. Marciano claims Demi continued contacting him for months afterward, which he argues doesn't align with someone responding to assault.



**Yala National Park Leopard Safari – HALF DAY/FULL DAY TOUR**

LIKELY TO SELL OUT

from **$20**    BOOK NOW



Getty

Demi, who is married to **Bret Engemann**, said on the show that the physical interaction with Brunette was "unwanted." In a confessional, she added, "You never deserve unwanted touch ... unwanted touch is unwanted touch."

Marciano denies everything, saying the accusations are 100 percent false.

f SHARE          𝕏 SHARE          **COMMENT NOW**

## RELATED ARTICLES



**Marciano Brunette Says He Regrets Lying About Affair With Jessi Ngatikaura**



**'Secret Lives of Mormon Wives' Star Taylor Frankie Paul Named New 'Bachelorette'**



**'The Secret Lives of Mormon Wives' Season 2 Is Officially Happening**



**'Mormon Wives' Stars Jessi & Jordan Ngatikaura Selling Home Amid Split Rumors**

| DEMI ENGEMANN | CELEBRITY NEWS | REALITY TV | RAPE AND SEXUAL ASSAULT | INSTAGRAM |

# SIGN UP TO COMMENT!



**Read our community guidelines** for comments on TMZ

## 9 Comments

Best    Newest    Oldest

**B**  **boomersranting** ⭐⭐50 +3    —

2 months ago

He said she said welcome to crazy town



**Load more comments**

# MORE FOR YOU

**Seniors Above 55 Years of Age Can Now Fly Business Class For The Price of Economy Using This**