**NEWS**   NEWS   PHOTOS   VIDEOS   SHOPPING   2026 OLYMPICS   COUPLES   🔍   ☰

# *Vanderpump Villa*'s Marciano Brunette Sues *Mormon Wives*' Demi Engemann Over "Unwanted Touch" Claim

*Vanderpump Villa* castmate Marciano Brunette is suing Demi Engemann for defamation after the *Secret Lives of Mormon Lives* star alleged he engaged in "unwanted touch" earlier this year.

**By LINDSAY WEINBERG**    DEC 07, 2025 10:59 AM | UPDATED DEC 07, 2025 11:19 AM   TAGS ⌄

f   𝕏   🔗



**Watch:** Vanderpump Villa's Marciano Brunette Sues Secret Lives of Mormon Lives' Demi Engemann

**Marciano Brunette** is taking **Demi Engemann** to court.

The *Vanderpump Villa* star filed a lawsuit against the *Secret Lives of Mormon Wives* star, accusing her of defamation for alleging that he engaged in "unwanted touch" with her earlier this year.

Marciano said that Demi damaged his reputation by falsely labeling him a "sexual predator," according to the legal documents obtained by E! News Dec. 7.

While filming a crossover episode of their shows in Italy, Marciano said he kissed Demi, though the MomToker—who has been married to husband **Bret Engemann** since 2021—said any physical contact between them was "unwanted."

Case 2:25-cv-01102-TC-DAO    Document 31-3    Filed 02/17/26    PageID.233    Page 2 of 5

In his legal docs, Marciano said their off-camera kiss was consensual, alleging the 31-year-old "reframed the obviously consensual interaction as one of sexual misconduct and then as sexual assault" to create a storyline for reality TV.

He went on to say that the pair kept in touch after their Italy trip, submitting alleged texts from her in his lawsuit. Furthermore, his lawsuit said that Demi shared her location with him, adding, "That behavior confirms a continued relationship, not a person reacting to sexual assault."



**PHOTOS**
*Vanderpump Rules* **Couples Status Check**

Demi's rep had no comment when contacted by E! News. However, Demi previously said that his advances were unwelcome.

"Everyone is going to handle these kinds of situations different," she said on the show. "You never deserve unwanted touch. No matter what it looks like, no matter what your relationship was like before or after, unwanted touch is unwanted touch."



Fred Hayes/Disney via Getty Images; Amanda Edwards/Getty Images

At the time, Demi's rep made it clear they were standing by her, telling E! News, "As a woman, it distresses me that what happened to Demi is being minimized."

For Demi, not only did she say the alleged incident brought up past trauma for her, but she also shared how it created tension with her costars, who took sides in the dispute and expressed doubt over her story.

"I will never put myself in a situation like that again, and that sucks, especially when you've been in that situation and it brings up old stuff," she said during the *SLOMW* reunion, which aired Dec. 4. "Then you start really blaming yourself for what they did. It's more painful to not [be] believed and to say it and have to go over it and over and over and feel the pain of bad things than to just say, 'F--k, yeah, we kissed. F--k, yeah, this happened.'"

Case 2:25-cv-01102-TC-DAO    Document 31-3    Filed 02/17/26    PageID.235    Page 4 of 5



Rachpoot/Bauer-Griffin/GC Images

At the time, Demi's rep made it clear they were standing by her, telling E! News, "As a woman, it distresses me that what happened to Demi is being minimized."

For Demi, not only did she say the incident brought up past trauma for her, but she also shared how it created tension with her costars, who took sides in the dispute and expressed doubt over her story.

"I will never put myself in a situation like that again, and that sucks, especially when you've been in that situation and it brings up old stuff," she said during the *SLOMW* reunion, which aired Dec. 4. "Then you start really blaming yourself for what they did. It's more painful to not [be] believed and to say it and have to go over it and over and over and feel the pain of bad things than to just say, 'F--k, yeah, we kissed. F--k, yeah, this happened.'"

To learn more about the cast of *Secret Lives of Mormon Wives*, read on.