

SUBSCRIBE

## Top Stories



**1** Why James Van Der Beek Saw 'Almost Nothing' from 'Dawson's Creek' Residuals Despite Show…



**2** James Van Der Beek's Wife Kimberly Shares Alana Springsteen's 'I Don't Want to Wait' Co…



**3**

# Marciano Brunette Sues Demi Engemann for Defamation Following 'Sexual Predator' Claim

The suit alleges that Engemann used her airtime on 'The Secret Lives of Mormon Wives' to falsely accuse Brunette of sexual misconduct

By **Amy McCarthy** and **Sara Belcher** | Published on December 5, 2025 11:22PM EST

💬 1 COMMENT

SKIP TO CONTENT

Case 2:25-cv-01102-TC-DAO   Document 31-4   Filed 02/17/26   PageID.238   Page 2 of 6

SUBSCRIBE



**Why James Van Der Beek Saw 'Almost Nothing' from 'Dawson's Creek' Residuals Despite Show…**

1



**James Van Der Beek's Wife Kimberly Shares Alana Springsteen's 'I Don't Want to Wait' Co…**

2



3



**Marciano Brunette (left); Demi Engemann (right).**
Credit : Amanda Edwards/Getty; Savion Washington/WireImage

---

## NEED TO KNOW

- *Vanderpump Villa*'s Marciano Brunette is suing *Secret Lives of Mormon Wives* star Demi Engemann for defamation, according to court records viewed by PEOPLE

- In the suit, Brunette claims that he and Engemann shared a "consensual kiss," which he alleges Engemann "reframed" as sexual assault

- The suit also names the production company behind Secret Lives of Mormon Wives, claiming it had "reason to believe" Engemann's allegations were false

---

Marciano Brunette has filed a lawsuit against [Demi Engemann](#), accusing [*The Secret Lives of Mormon Wives*](#) star of making defamatory accusations of sexual misconduct, both on social media and in the hit Hulu TV series.

**SKIP TO CONTENT**

SUBSCRIBE



**Why James Van Der Beek Saw 'Almost Nothing' from 'Dawson's Creek' Residuals Despite Show…**

1



**James Van Der Beek's Wife Kimberly Shares Alana Springsteen's 'I Don't Want to Wait' Co…**

2



3

*Villa*. The suit alleges that "as her storyline" on *Mormon Wives* developed, Engemann "reframed the obviously consensual interaction as one of sexual misconduct and then as sexual assault."

## RELATED STORIES

**Demi Engemann Breaks Down in Tears as She Reflects on How Marciano Brunette Allegations Have Ruined Her Reputation**



**MomTok Alleges Demi Engemann Claimed She's 'Not a Victim' Before Publicly Doubling Down on Marciano's 'Unwanted Touch'**



Throughout the Hulu series' third season, Engemann repeatedly accused Brunette of "unwanted touch."

In a statement shared exclusively with PEOPLE on Nov. 20, Brunette vehemently denied Engemann's allegations.

"I want to be absolutely clear: I am taking this matter extremely seriously. This is the most difficult situation I have ever faced, and the allegations against me are not only entirely false but profoundly damaging. I remain committed to addressing this issue fully and transparently," the statement to PEOPLE read.

SKIP TO CONTENT

**SUBSCRIBE**


Why James Van Der Beek Saw 'Almost Nothing' from 'Dawson's Creek' Residuals Despite Show…  **1**


James Van Der Beek's Wife Kimberly Shares Alana Springsteen's 'I Don't Want to Wait' Co…  **2**


**3**

out and do ketamine," before sharing that she was "saying a prayer for you that any negative energy will leave you and your home and sending all the love and positive vibes your way!!"

In a statement provided to PEOPLE, Brunette thanked his supporters for their "love and support during this time."

"Sexual assault is an incredibly serious matter, and I will not hesitate to pursue legal action against anyone who harms me or attempts to damage my name in pursuit of fame or fortune," the statement read in part.



**Demi Engemann in November 2025.**
Credit: Rachpoot/Bauer-Griffin/GC Images

SKIP TO CONTENT



**1** Why James Van Der Beek Saw 'Almost Nothing' from 'Dawson's Creek' Residuals Despite Show…



**2** James Van Der Beek's Wife Kimberly Shares Alana Springsteen's 'I Don't Want to Wait' Co…



**3**

maximize impact while cutting Marciano out and denying him any meaningful opportunity to respond," the complaint alleges. "Production did so despite obvious reasons to doubt Engemann's account, including inconsistencies, delay, and facts known to Production that undermined the claims."

PEOPLE has reached out to Engemann and Jeff Jenkins Productions for comment on the suit.

The suit claims that Engemann didn't begin characterizing the incident as sexual assault until "months later," shortly after he shared an Instagram Stories post seemingly referencing the incident. In the video, he claimed that he had been "uninvited" from a Hulu event "cus a 30yo mormon wife's scared I'll tell her husband the truth."



**Our new app is here!** Free, fun and full of exclusives. Scan to download now!



As was depicted in an episode of *Mormon Wives*, Engemann fired back, alleging that Marciano wasn't invited because he's a "sexual predator that can't keep his hands to himself."

**Never miss a story — sign up for PEOPLE's free daily newsletter to stay up-to-date on the best of what PEOPLE has to offer, from celebrity news to compelling human interest stories.**

SKIP TO CONTENT

**SUBSCRIBE**



**Why James Van Der Beek Saw 'Almost Nothing' from 'Dawson's Creek' Residuals Despite Show…**

**1**



**James Van Der Beek's Wife Kimberly Shares Alana Springsteen's 'I Don't Want to Wait' Co…**

**2**



**3**



**Marciano Brunette on 'Vanderpump Villa'.**
Credit: Christopher Willard/Disney

The suit also alleges that Engemann "lied and suggested that Marciano had sexually assaulted others," commenting on Instagram that she was "[a]nxious to see how many other women come forward, I know without a doubt I'm not the first."

In the suit, Brunette is seeking unspecified financial damages, along with a "narrowly defined injunction" that would prohibit Engemann and Jeff Jenkins Productions from "repeating and republishing" any statements found by the court to be defamatory.

*If you or someone you know has been sexually assaulted, please contact the National Sexual Assault Hotline at 1-800-656-HOPE (4673) or go to [rainn.org](rainn.org).*

**LEAVE A COMMENT**

SKIP TO CONTENT: **ENTERTAINMENT** **TV**