

# A 'Secret Lives of Mormon Wives' cast member is being sued. Here's why.

A cast member from a different reality show has filed a lawsuit against Demi Engemann and the show's producers.



(Disney | Fred Hayes) Demi Engemann during the Season 3 reunion special of "The Secret Lives of Mormon Wives." She is being sued by another reality TV cast member.

By Sean P. Means | Dec. 6, 2025, 8:28 a.m. | Updated: 8:29 a.m.

G  Add as Preferred Source        💬  Comment

A reality-TV cast member is suing one of the stars of "The Secret Lives of Mormon Lives," saying she defamed him accusing him of sexually assaulting her.

Privacy - Terms

Marciano Brunette, one of the people who has appeared on Hulu's reality show "Vanderpump Villa," filed a lawsuit Friday in U.S. District Court in Utah against Demi Engemann, a social media influencer and member of the Utah "MomTok" group.

Brunette also is suing Jeff Jenkins Productions, the company that produces "The Secret Lives of Mormon Wives," saying the show's producers aired Engemann's accusations "despite obvious reasons to doubt" her account, because they were "looking for ways to make the show more interesting."


TIME FOR YOUR SOCIAL HOUR? DO IT WHILE DONATING PLASMA — GET PAID UP TO $580* IN FIRST MONTH — GRIFOLS — *New Donors Only. Compensation amounts are subject to change and vary by location. ©2025 Grifols. All rights reserved. SKU#9531 (03/25).

Publicists for Hulu, which streams "The Secret Lives of Mormon Wives," did not immediately respond to a request for comment Saturday morning.



(Disney | Christopher Willard) Marciano Brunette has appeared on Hulu's reality series "Vanderpump Villa." Brunette has filed a federal lawsuit against Demi Engemann and the producers of "The Secret Lives of Mormon Wives," accusing them of defamation.

In the complaint, Brunette asserts he and Engemann shared a consensual kiss in April 2024, while filming the second season of "Vanderpump Villa" in Italy, and then maintained contact "through calls, FaceTime, texts, invitations and even location sharing" for several months. Some of those texts are included in the complaint.

Later, the lawsuit alleges, Engemann, who is married, faced criticism over the relationship with Brunette, and "reframed the obviously consensual interaction as one of sexual misconduct and then as sexual assault."

The damage from those accusations, Brunette says in the lawsuit, "has been immediate and severe, including lost professional opportunities, harassment by strangers, and lasting harm to Marciano's reputation." He asserts in the

complaint that he lost out on a role in a reality dating show, and put his DJ career on hold after losing a gig at a Las Vegas nightclub.



**Get Utah Eats newsletter.** Every Wednesday, we bring you what you need to know about Utah's bar and restaurant scene.

| Enter a valid email | SIGN UP NOW |

The accusations were recently levied on episodes of the third season of "The Secret Lives of Mormon Lives," which debuted on Hulu on Nov. 13, Brunette alleges in the lawsuit. And, the lawsuit states, Engemann repeated them on the Season 3 reunion episode, which premiered Thursday.

In the reunion episode, according to the lawsuit, Engemann said "you can be sexually assaulted and then also continue a relationship. I think [it] honestly just boils down to a trauma response and having a lack of boundaries."

Brunette seeks unspecified monetary damages in the lawsuit. He is also asking for an injunction to stop Engemann and the show's producers from repeating "all the statements that are adjudicated … to be defamatory."



## Help The Tribune report the stories others can't—or won't.

For over 150 years, The Salt Lake Tribune has been Utah's independent news source. Our reporters work tirelessly to uncover the stories that matter most to Utahns, from unraveling the complexities of court rulings to allowing tax payers to see where and how their hard earned dollars are being spent. **This critical work wouldn't be possible without people like you—individuals who understand the importance of local, independent journalism.** As a nonprofit newsroom, every subscription and every donation fuels our mission, supporting the in-depth reporting that shines a light on the is sues shaping Utah today.

You can help power this work.

| $15 | $25 | $35 | DONATE TODAY |

## RELATED STORIES

Mormon women are taking over our screens

From 'Dancing With the Stars' to Broadway: What we know about Whitney Leavitt's musical debut

What to know about Whitney Leavitt's 'Call Her Daddy' interview

Here's what we know about Season 4 of 'The Secret Lives of Mormon Wives'

5 takeaways from Season 3 of 'The Secret Lives of Mormon Wives'

# MOST VIEWED

**1** LDS Church President Dallin Oaks makes a controversial pick for new apostle: Clark Gilbert

**2** Latest from Mormon Land: At least one General Conference topic seems certain

**3** NBA commissioner says Utah Jazz 'compromised the integrity of our games,' fines team largest amount yet

**4**    In surprise reversal, Republican lawmaker moves to ban open carry on Utah college campuses

**5**    A battle over public use of paths into a northern Utah mountain escalates

**Sponsored Story**

**5 Tips for Salt Lake City 'Solopreneurs' to grow their businesses in 2026**

Sponsored: Take your business to the next level this year.

**Around the Web**

REVCONTENT

2/13/26, 1:42 PM Case 2:25-cv-01102-TC-DAO    Document 31-6    Filed 02/17/26 'Wives' is being sued PageID 252    Page 6
Demi Engemann from 'Secret Lives of Mormon
of 11



**The "Rusty Hinge" Secret to Ending Rotator Cuff Pain**
Health Insights Magazine



**If You Get Social Security, Don't Skip This February Benefit Check**
HealthyWallet



**This Tiny Hearing Aid is Changing Lives—and It's Under $100**
Oricle Hearing Aid



**Cardiologists: 2 Veggies Will Kill Your Belly Fat Quickly (Try It)**

Health Trending



**Adults Can Now Legally Order Cannabis Products Online**

Mood



**Mix Some Salt and Vaseline, Here's Why**

WG Life Hacks 102



**Nighttime Driving Feels Like Daytime! See Clearly With These Headlight Glasses**

Peoasis



**Discover a Simple Method to Reduce Neuropathy (Watch)**

Health Today News



**This High-Quality German Nail Clipper is Designed for Seniors All Over The World**

Peoasis



## Comments

By joining the conversation you are accepting our [community rules and terms](). You are also agreeing to the public display of your profile and your conversation history. **A subscription to The Salt Lake Tribune is required to create new comments or interact with existing ones**. To join the conversation, please subscribe at [sltrib.com/support]() or login if you already have a subscription.

**Comments and moderation:**
While disagreements among users are to be expected, the following are not allowed:

-Personal attacks on other users or employees of The Salt Lake Tribune
-Obscenities, vulgarities and profanity
-Hate speech, including racism, sexism, homophobia, transphobia and/or religious bigotry.
-Blatant "trolling" or multiple accounts
-Misinformation

Please email feedback and any questions to [comments@sltrib.com]().

Comments are closed on this story. Comments automatically turn off three days after the story's publication.

**All Comments** **5**

Sort by ⌄ Newest

— **Mat Maca** 2 months ago

If this was called Secret Life of Duckbilled Platypus I might watch it. I had a Mormon wife once and wasn't particularly happy with her secret life.

👍 Respect    ↩ Reply    ⇆ Share                                    🏳 Report

 **Top of comments**     **Top of page**



**spmeans@sltrib.com**
𝕏 Follow @SeanPMeans

Donate to the newsroom now. The Salt Lake Tribune, Inc. is a 501(c)(3) public charity and contributions are tax deductible

## CONNECT





## SUBSCRIPTIONS

## ABOUT US

## MORE

| | |
|---|---|
| ABOUT US | SUBSCRIBE |
| TERMS OF SERVICE | PRINT EDITION |
| PRIVACY POLICY | EMAIL NEWSLETTERS |
| EDITORIAL POLICY | JOIN THE FIRST AMENDMENT SOCIETY |
| NEWS TIPS | SUPPORT THE TRIBUNE |
| ADVERTISE | SHARE YOUR OPINION |
| CONTACT US/HELP | MEET THE EDITORIAL BOARD |
| GIFT ACCEPTANCE POLICY | COOKIE PREFERENCES |

  



Report a missed paper by emailing                    or calling

For e-edition questions or comments, contact customer support                    or email

sltrib.com © 1996-2026 The Salt Lake Tribune. All rights reserved.

The Salt Lake Tribune