David C. Reymann (8495) (dreymann@parrbrown.com)
Sean M. Sigillito (20101) (ssigillito@parrbrown.com)
Carissa A. Uresk (18114) (curesk@parrbrown.com)
**PARR BROWN GEE & LOVELESS, P.C.**
101 South 200 East, Suite 700
Salt Lake City, Utah 84111
Telephone: (801) 532-7840

Cameron Stracher (admitted *pro hac vice*) (cam@stracherlaw.com)
Sara Tesoriero (admitted *pro hac vice*) (sara@stracherlaw.com)
**CAMERON STRACHER, PLLC**
1133 Broadway, Suite 516
New York, New York 10010
Telephone: (646) 992-3850

Attorneys for Defendant Jeff Jenkins Productions LLC

---

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF UTAH

---

| | |
|---|---|
| MARCIANO BRUNETTE,<br><br>Plaintiff,<br><br>v.<br><br>DEMI ENGEMANN and JEFF JENKINS PRODUCTIONS LLC,<br><br>Defendants. | **APPENDIX OF EXHIBITS IN SUPPORT OF DEFENDANT JEFF JENKINS PRODUCTIONS LLC'S MOTION FOR SUMMARY JUDGMENT UNDER FED. R. CIV. P. 56, MOTION FOR JUDGMENT ON THE PLEADINGS UNDER FED. R. CIV. P. 12(C), AND MOTION FOR FEES UNDER UTAH CODE § 78B-25-102**<br><br>Case No. 2:25-cv-01102-DAO<br><br>Magistrate Judge Daphne A. Oberg |

Defendant Jeff Jenkins Productions LLC respectfully submits the following Appendix of

Exhibits in Support of its concurrently filed Motion for Summary Judgment Under Fed. R. Civ.

P. 56, Motion for Judgment on the Pleadings Under Fed. R. Civ. P. 12(c), and Motion for Fees Under Utah Code § 78B-25-102.

**Electronically Filed**

| Exhibit | Document |
| --- | --- |
| A | Declaration of Julie Hunt |

**Conventionally Filed**

| Exhibit | Document |
| --- | --- |
| B | Season 2, Episode 2 |
| C | Season 2, Reunion Episode |
| D | Season 3, Episode 6 |
| E | Season 3, Episode 7 |
| F | Season 3, Episode 8 |
| G | Season 3, Episode 9 |
| H | Season 3, Episode 10 |
| I | Season 3, Reunion Episode |

RESPECTFULLY SUBMITTED this 17th day of February 2026.

/s/ David C. Reymann

**PARR BROWN GEE & LOVELESS, P.C.**
David C. Reymann
Sean M. Sigillito
Carissa A. Uresk

**CAMERON STRACHER, PLLC**
Cameron Stracher
Sara C. Tesoriero

Attorneys for Defendant Jeff Jenkins Productions LLC