David C. Reymann (8495) (dreymann@parrbrown.com)
Sean Sigillito (20101) (ssigillito@parrbrown.com)
Carissa Uresk (18114) (curesk@parrbrown.com)
**PARR BROWN GEE & LOVELESS, P.C.**
101 South 200 East, Suite 700
Salt Lake City, Utah 84111
Telephone: (801) 532-7840

Cameron Stracher (*pro hac vice*) (cam@stracherlaw.com)
Sara Tesoriero (*pro hac vice*) (sara@stracherlaw.com)
**CAMERON STRACHER, PLLC**
1133 Broadway, Suite 516
New York, NY 10010
Telephone: (646) 992-3850

Attorneys for Defendants Jeff Jenkins Productions, LLC

---

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| MARCIANO BRUNETTE,<br><br>Plaintiff,<br><br>v.<br><br>DEMI ENGEMANN and JEFF JENKINS PRODUCTIONS LLC,<br><br>Defendants. | **DECLARATION OF JULIE HUNT**<br><br>Case No. 2:25-CV-01102<br><br>Magistrate Judge Daphne A. Oberg |

Pursuant to 28 U.S.C. § 1746, Julie Hunt declares:

1. I am over the age of eighteen and fully competent to make this declaration. I have personal knowledge of the facts herein.

2. I am Executive Vice President, Business & Legal Affairs, at 3BMG, LLC, which is an owner of Defendant Jeff Jenkins Productions LLC ("JJP").

1

3.      I was involved in negotiating and drafting the Performer Agreement (the "Agreement") between Ludwig Productions, LLC ("Ludwig Productions") and Plaintiff Marciano Brunette in connection with his participation and appearance in the television series "Secret Lives of Mormon Wives" (the "Series").

4.      A true and correct copy of the Agreement signed by Plaintiff is attached hereto as Exhibit 1.

5.      Ludwig Productions is a wholly owned subsidiary of JJP.

6.      Pursuant to paragraph 2(c) of the Agreement, Producer has the right, in its sole discretion, "to split, market, and/or distribute a Season order into multiple seasons."

7.      The Season 2 order of the Series was split and distributed as Season 2 and Season 3 of the Series.

8.      I was also involved in drafting the Participant Release between Ludwig Productions and Plaintiff Marciano Brunette in connection with his continued participation and appearance in the Series.

9.      A true and correct copy of the Participant Release signed by Plaintiff is attached hereto as Exhibit 2.

I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 16, 2026

Julie Hunt

2