

**LUDWIG PRODUCTIONS, LLC**
**15301 Ventura Blvd., Building B, Suite 260**
**Sherman Oaks, CA 91403**

**PARTICIPANT RELEASE**

This Participant Release ("**Release**") is entered into by and between Ludwig Productions, LLC (including its licensees, successors, and assigns and each of their respective parents, subsidiaries, agents, and affiliates, and the officers, directors, shareholders, employees, agents, and representatives of each of the foregoing) (collectively, "**Producer**") and me in connection with a production currently referred to as "*Secret Lives of Mormon Wives*" (the "**Program**") intended for initial exhibition on one or more platforms operated by Hulu, LLC and/or its affiliates (collectively, the "**Network**"). For good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged by me, the parties agree as follows:

Producer would like for me, and I agree, to voluntarily participate in the production of the Program and engage in all activities associated with my participation in the Program as and to the extent requested by Producer on such dates and at such locations as Producer shall designate in its sole discretion. Producer has the irrevocable right to create film, tape, photographs, and recordings of me by any and all means (including my conversation(s), voice, recollections, stories, "ad libs" and musical performances) (collectively, my "**Participation**") for use in and in connection with the Program and otherwise as Producer elects and I hereby irrevocably consent to the same. **I SPECIFICALLY ACKNOWLEDGE AND UNDERSTAND THAT PRODUCER MAY FILM, TAPE, RECORD (AUDIO/VISUAL) ME IN AND IN CONNECTION WITH THE PROGRAM BY CONCEALED OR HIDDEN CAMERAS AND MAY PUT THEM IN PLACES WHERE I MIGHT OTHERWISE HAVE A REASONABLE EXPECTATION OF PRIVACY EXCEPT IN BATHROOMS OR DRESSING ROOMS, AND I EXPRESSLY CONSENT THERETO.** All my contributions to such recordings and the results and proceeds of any recordings made by Producer form part of my Participation and may be used and exploited as set forth herein, in any manner, in all media, now known or hereafter devised, throughout the universe, in perpetuity. I also acknowledge and agree that the Program may contain information, statements, or representations ("**Information**") relating to me of a personal, private, disparaging, embarrassing, and/or unfavorable nature, and that such Information may be summarized, edited, or modified in any manner that may be untrue or misleading. I further acknowledge that the Information

may expose me, my family, and/or others to public ridicule or embarrassment. Notwithstanding the foregoing, I acknowledge and agree that Producer and its licensees and assigns shall have the right to use any such information and any such appearance, depiction and/or portrayal in and in connection with the Program. I voluntarily agree to participate in the Program with full knowledge of the foregoing and freely and voluntarily assume all risks associated therewith. I further irrevocably grant to Producer and its designees (including Network), the non-exclusive right to use my name, actual or simulated likeness, voice, information about me, and any materials that I contribute, or materials otherwise obtained by Producer including, without limitation, photographs, emails, text/picture messages, videos, and other materials from my social media or other accounts (collectively, the "**Materials**"): (a) in all media now known or hereafter devised, in perpetuity throughout the universe, in and in connection with the Program, any other works based upon the Program, and/or for advertising, publicity, marketing, and promotional purposes in connection with any or all of the foregoing or otherwise (including in/on and/or in connection with promotional materials for Network (collectively, the "**Advertisements**"); and (b) all allied ancillary and subsidiary rights therein and thereto (including, without limitation, merchandising and commercial tie-in rights). I agree that Producer shall be the exclusive owner all copyrights and other rights in and to the Program, my Participation, the Materials, and any excerpts therefrom as a "work-made-for-hire", and I waive the exercise of any "moral rights," "droit moral," and any analogous rights, however denominated, in any jurisdiction of the world, which I have. I assign and transfer any rights, including copyright, I may have in my Participation and the Materials to Producer. I acknowledge that Producer may license, assign, and otherwise transfer this Release and all rights granted by me to Producer hereunder to any person or entity.

I understand that Producer has been induced to proceed with the production, distribution, and exploitation of the Program in reliance upon this Release and, therefore, I waive any right of inspection or approval of my Participation or the Materials, or the uses to which my Participation or the Materials may be put. I further acknowledge that my ongoing participation in the Program is voluntary; provided, however, that any choice not to participate may occur on-camera or be recorded for broadcast, exhibition, distribution, advertising, publicity, promotion, or other exploitation by Producer in its sole discretion.

I understand I will not be paid for my Participation, and appearing in the Program and in the Advertisements, for giving Producer the rights listed in this Release, or for Producer's exercise of any and all of the rights listed in this Release. I hereby waive any and all rights I may have to any compensation whatsoever. I acknowledge and agree that a significant element of the consideration I am receiving under this Release is the opportunity for publicity that I will receive if Producer includes my Participation in the Program or in the Advertisements. I know Producer will incur significant costs and expenses in reliance upon this Release, so I will not attempt to cancel it or to revoke any of the rights granted to Producer herein.

I agree that, at no cost to Producer, I have secured, or will secure (and/or will arrange with any respective publisher and/or third party owner to secure) all rights, including, without limitation, master recording and synchronization rights necessary for Producer to use any musical composition(s)

written, co-written, and/or performed by me that is contained within the Program, to the extent that I control such rights. I hereby grant Producer a perpetual, royalty-free license to record and synchronize in-timed relation with the Program (and in ads and promos) any musical performances by me.

I acknowledge that I am a volunteer and shall not be deemed an employee and my appearance hereunder is not subject to any union or guild collective bargaining agreement. I will not be entitled to any residual or re-use payments. I acknowledge and agree that Producer and Network shall be under no obligation to actually utilize my Participation or the Materials in or in connection with the Program.

To the maximum extent permitted by law, I AGREE THAT I WILL NEVER SUE PRODUCER, NETWORK OR ANYONE because I do not like the manner in which Producer or Network, and each of their licensees or assignees, used my Participation and/or the Materials in the Program or in any other program or in the Advertisements or for any cause of action based on any of the Released Claims (as defined below). To the maximum extent permitted by law, I, for myself and on behalf of my heirs, executors, agents, successors, and assigns (collectively, "**Releasing Parties**"), hereby release, hold harmless, and forever discharge Producer, Network, and any station or network or exhibitor that exhibits the Program, and each of their respective parents, subsidiaries (whether or not wholly-owned), affiliates, and the agents, representatives, employees, successors, and assigns, jointly and individually (collectively, "**Released Parties**"), from any and all manner of liabilities, actions, injuries, claims, demands, costs (including attorney's fees and court costs), expenses, suits, judgments, interest, and any other damages of any kind or nature whatsoever, in law or equity, whether known or unknown (collectively, "**Claims**") which I or the Releasing Parties ever had, now has, or in the future may have against the Released Parties, including, but not limited to claims arising out of or related to the Program, my Participation, the Materials, the Advertisements, or the uses as described herein. The Claims shall also include but are not limited to: any and all claims arising from or relating to my participation in any of the activities and events associated with the Program, Producer or Network's production, promotion, exhibition, distribution and/or other exploitation of the Program and shall further include, without limitation, any claims based on negligence, personal injury, property damage, products liability, libel, slander, defamation, invasion of privacy, publicity or personality, infliction of emotional distress, breach of contract, breach of any statutory or other duty of care owed under applicable laws and infringement of trademark, patent or copyright. I will DEFEND (AT RELEASED PARTIES' ELECTION), INDEMNIFY AND HOLD EACH OF THE RELEASED PARTIES HARMLESS from any and all such Claims arising out of, resulting from, or in connection with, any breach or alleged breach by me of any of the representations or warranties set forth in this Release.

I acknowledge that there is a possibility that after the execution of this Release, I may discover facts or incur or suffer claims which were unknown or unsuspected at the time of execution, and which if known by me at that time may have materially affected my decision to execute this Release. I agree that by reason of this Release, and the releases contained in the prior paragraphs, I am assuming any risk of such unknown or unsuspected facts and claims.

I shall keep in the STRICTEST CONFIDENCE and shall not disclose to any other participant or other third party at any time (*i.e.,* prior to, during, or after the taping or exhibition of the Program) any information or materials of any kind that I read, hear, or otherwise acquire or learn in connection with or as a result of my participation in the Program, including but not limited to, the terms and conditions of this Release, the other participants, the locations, the events/activities, the outcome of any event/activity, and any information about Producer or Network or any television networks and/or cable platforms owned or operated by Network, the business of Producer or Network, any other program produced by Producer and/or exhibited by Network (collectively, the "**Confidential Information**"). I acknowledge and agree that the Confidential Information is confidential and the exclusive property of Producer and Network. At no time will I ever, directly, or indirectly, divulge in any manner, or use or permit others to use, any of the Confidential Information. I acknowledge and agree that I shall never make use of any "**Social Media**" (e.g., Facebook, X/Twitter, Flickr, Tumblr, Instagram, YouTube, LinkedIn or similar or dissimilar Internet source), in connection with the Program (e.g., story lines, casting, photographs) whatsoever (including, but not limited to, mentioning Producer, Network, any of its programming services, and/or any of their executives and/or agents) without Producer and the Network's prior written approval. My obligations with respect to confidentiality as set forth in this paragraph shall continue in perpetuity or unless and until terminated by Producer and Network in writing. In no event shall I have the right to terminate my confidentiality obligations under this Release. Furthermore, I acknowledge that any breach or threatened breach by me of this Release would cause Producer and Network irreparable injury and damage that cannot be reasonably or adequately compensated by damages in an action at law, and, therefore, I hereby expressly agree that Producer and Network shall be entitled to injunctive and other equitable relief (without posting any bond) to prevent and/or cure such breach or threatened breach. I also recognize that proof of damages suffered by Producer and Network in the event that I breach this Release would be costly, difficult, or inconvenient to ascertain. **ACCORDINGLY, I AGREE TO PAY PRODUCER AND NETWORK THE SUM OF <u>ONE MILLION DOLLARS ($1,000,000)</u> PER BREACH PLUS DISGORGEMENT OF ANY INCOME THAT I MAY RECEIVE IN CONNECTION THEREWITH AS LIQUIDATED DAMAGES. IAGREE THAT THIS IS A REASONABLE ESTIMATE OF THE AMOUNT OF DAMAGES THAT PRODUCER AND NETWORK ARE EACH LIKELY TO SUFFER IN THE EVENT THAT I BREACH THIS RELEASE, CONSIDERING ALL OF THE CIRCUMSTANCES EXISTING AS OF THE DATE OF THIS RELEASE.**

I represent and warrant that: (a) any statement made by me in connection with the Program will be true and will not violate or infringe upon any third party rights and Producer's exercise of the rights contained herein shall not violate or infringe any rights of any third party; (b) I am in good health and have no medical, physical, or emotional condition that might interfere with my Participation; (c) I will not be under the influence of any medication or drug that might impair my mental or physical ability to participate in the Program; (d) I am not currently, and during one (1) year from today do not intend to be a candidate for public office; (e) all information I am providing to Producer on this Release is valid, true, and accurate; (f) I have provided (or will concurrently provide) to Producer a legible photocopy of my valid driver's license, passport, or other acceptable government-issued photo identification for Producer's verification and record-keeping purposes; (g) I will follow and obey all local, city, state and federal laws in connection with my Participation and any rules made by Producer in connection with

my Participation; and (h) I have read and fully understand the terms of this Release and I accept and agree to the terms herein and that no oral representations, statements, or inducements, apart from those contained in this Release, have been made to me. Without in anyway limiting the foregoing, I will not threaten, intimidate, injure, or damage any person or property and shall refrain from the use of violence at all times.

I understand that it may be a federal offense, unless disclosed to Producer prior to the exhibition of the Program, if any, to do any of the following: (a) give or agree to give any member of the production staff and anyone associated in any manner with the Program or any representative of Producer any portion of my compensation or anything else of value to arrange my appearance in the Program or the Advertisements; or (b) accept or agree to accept anything of value to promote any product, service or venture on the air or to use any prepared material containing such a promotion. I represent and warrant that I gave nothing of value, nor did I agree to give anything of value to anyone so I could be in the Program or the Advertisements. I know that Producer does not permit it and that it may be a federal offense not to tell Producer if I had. I shall notify Producer and Network immediately if any person attempts or has attempted to induce me to do anything in violation of the foregoing or which is in any way dishonest.

Both Producer, on behalf of itself and Network, and I acknowledge, understand and agree that if any dispute, controversy or claim arising out of or relating to this Agreement and/or my appearance on or participation in and in connection with the Program (collectively, "**Matters**") cannot be resolved through direct discussions, the parties agree to endeavor first to resolve the Matters by mediation conducted in the New York County and administered by JAMS under its applicable rules before commencing any proceedings permitted under this paragraph.  If any such matter is not otherwise resolved through direct discussions or mediation, then the parties agree that it shall be resolved by binding confidential arbitration conducted in accordance with the Streamlined Arbitration Rules and Procedures of JAMS, in the city of New York.  **In agreeing to arbitration, the parties acknowledge that we have waived the right to a jury trial.**

I acknowledge that, in the event of any breach of this Release by Producer or any third party, or any other act or omission giving rise to liability, the damage, if any, caused me thereby will not be irreparable or otherwise sufficient to entitle me to seek or obtain injunctive or other equitable relief. My rights and remedies in such event will be strictly limited to the right, if any, to recover compensatory (but not punitive or consequential) damages in an action at law, and I will have neither the right to rescind or terminate this Release or any of Producer's rights hereunder, nor the right to enjoin, restrain, or restrict the production, exhibition, or other exploitation of the Program or any subsidiary or allied rights with respect thereto.

This Release contains our entire understanding relating to the subject matter contained therein and supercedes any prior or contemporaneous agreements, discussions, and negotiations, and cannot be changed, modified or terminated except by an agreement signed by both parties. I specifically agree that if any provision of this Release is found to be invalid or unenforceable in any jurisdiction, the other provisions herein shall remain in full force and effect in such jurisdiction and shall be liberally

construed in order to effectuate the purpose and intent of this Release, and the invalidity or unenforceability of any provision of this Release in any jurisdiction shall not affect the validity or enforceability of any such provision in any other jurisdiction. This Release shall be interpreted, construed, governed in all respects under the laws of the State of New York, which state shall be the exclusive forum for any legal proceedings arising hereunder. The parties hereby irrevocably waive, to the fullest extent permitted by law, all right to a trial by jury in connection with any dispute arising out of or relating to this Release. This Release may be signed by facsimile or electronic signatures, and each shall be deemed an original.

Signature:

Printed Name: **Marciano Brunette**
Date: **01-23-2026**
Phone #:
Address:
DOB*: **01-03-1993**

**[*THIS INFORMATION IS BEING OBTAINED AND WILL BE MAINTAINED SOLELY FOR LEGALLY MANDATED RECORD-KEEPING PURPOSES]**

**IF UNDER EIGHTEEN YEARS OF AGE** :  I represent and warrant that I am the parent or guardian of the minor  . I acknowledge that I have read the foregoing Release and am familiar with each and all of the terms contained therein, I am satisfied that the Release is fair and equitable, and I hereby give my express consent to its execution by my child/ward and will not revoke my consent at any time. I hereby release the Released Parties as defined above from any claims and/or causes of action I may have against them of any nature whatsoever. I hereby fully and unconditionally guarantee the performance of my child's/ward's obligations and the grant of rights in and to the results and proceeds of my child's/ward's activities as set forth above.

Signature of Parent or Guardian:
Print Name:
Date:
Phone:

Signature of Parent or Guardian:
Print Name:
Date:
Phone:

Person Selfies



selfie.png

Submitted via SignME on January 24, 2026, 6:16:24 AM UTC and Tracking ID is **APP/B7665A0525**