UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
CENTRAL DIVISION

| | |
|---|---|
| MARCIANO BRUNETTE,<br><br>Plaintiff,<br><br>v.<br><br>DEMI ENGEMANN and JEFF JENKINS PRODUCTIONS, LLC,<br><br>Defendants. | **ORDER GRANTING MOTIONS FOR PRO HAC VICE ADMISSION OF JORDAN A LIEBMAN AND ROGER N. BEHLE, JR. (DOC. NOS. 38 & 39)**<br><br>Case No. 2:25-cv-01102<br><br>Magistrate Judge Daphne A. Oberg |

Local counsel Julianne P. Blanch has filed Motions for Pro Hac Vice Admission[1] seeking admission of Jordan A. Liebman and Roger N. Behle as counsel for Defendant Demi Engemann.  Based on the motions and applications, the applicants meet the requirements for pro hac vice admission under Rule 83-1.1(c) of the Local Rules of Civil Practice.  Therefore, the motions are GRANTED.

DATED this 22nd day of February, 2026.

BY THE COURT:

*Daphne A. Oberg*

Daphne A. Oberg
United States Magistrate Judge

---

[1] (Doc. Nos. 38 & 39.)