**DYNAMIS LLP**
ERIC S. ROSEN (*pro hac vice*)
BROOKE WATSON (*pro hac vice*)
erosen@dynamisllp.com
bwatson@dynamisllp.com
(617) 802-9157
175 Federal Street, Suite 1200
Boston, Massachusetts 02110

JAMIE H. SOLANO (*pro hac vice*)
CAROLINE McHUGH (*pro hac vice*)
jsolano@dynamisllp.com
cmchugh@dynamisllp.com
(973) 295-5495
233 Broadway, Suite 1750
New York, NY 10279

YUSEF AL-JARANI (*pro hac vice*)
yaljarani@dynamisllp.com
(213) 283-0685
1100 Glendon Avenue, 17th Floor
Los Angeles, California 90024

**Parkinson Benson & Potter**
D. LOREN WASHBURN (10993)
BRENNAN H. MOSS (10267)
CLIFFORD PARKINSON (13327)
801-643-1420
2750 Rasmussen Rd., Suite H-107
Park City, UT 84098

*Attorneys for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH

| | |
|---|---|
| MARCIANO BRUNETTE,<br><br>Plaintiff,<br><br>vs.<br><br>DEMI ENGEMANN and<br>JEFF JENKINS PRODUCTIONS, LLC,<br><br>Defendants. | **STIPULATION FOR EXTENSION OF TIME FOR PLAINTIFF TO RESPOND TO MOTION FOR SUMMARY JUDGMENT AND JUDGMENT ON THE PLEADINGS [DKT. NO. 33]**<br><br>CASE NO: 2:25-cv-01102-DAO<br><br>Judge Tena Campbell<br>Magistrate Judge Daphne A. Oberg |

Plaintiff Marciano Brunette ("**Brunette**") and Defendant Jeff Jenkins Productions, LLC,

("**Jeff Jenkins**") hereby stipulate to an extension of time for Brunette to file his Opposition to

Jeff Jenkins' Motion for Summary Judgment and Motion on the Pleadings ("Opposition"). The

parties also stipulate to granting Jeff Jenkins an extension to file his Reply to Brunette's Opposition.

Jeff Jenkins filed his Motion for Summary Judgment and Judgment on the Pleadings on February 17, 2026 (*See* Dkt. No. 33). The current deadline for Brunette to file his Opposition under the local rules is March 17, 2026. The parties stipulate to an extension allowing Brunette to file his Opposition on March 27, 2026. The parties further stipulate to an extension allowing Jeff Jenkins three weeks to file his Reply from that date, making a Reply deadline of April 17, 2026.

A proposed order effectuating this stipulation is filed herewith, and a word version of the proposed order is being sent to chambers contemporaneously herewith.

Dated: March 13, 2026

**DYNAMIS LLP**
*s/ Jamie Solano* (with permission)
S. ROSEN (pro hac vice)
BROOKE WATSON (pro hac vice)
JAMIE H. SOLANO (pro hac vice)
YUSEF AL-JARANI (pro hac vice)
CAROLINE McHUGH (pro hac vice)

**PARKINSON BENSON POTTER**
*s/ Clifford B. Parkinson*
D. LOREN WASHBURN (10993)
BRENNAN H. MOSS (10267)
CLIFFORD PARKINSON (13327)

*Attorneys for Plaintiff*

**CAMERON STRACHER, PLLC**
*s/ Cameron Stracher* (with permission)
CAMERON STRACHER (pro hac vice)
SARA TESORIERO (pro hac vice)

2

**PARR BROWN GEE & LOVELESS**
David Reymann
Carissa A. Uresk
Sean M. Sigillito

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that I served this: Stipulation for Extension of Time for PLAINTIFF TO RESPOND TO MOTION FOR SUMMARY JUDGMENT AND JUDGMENT ON THE PLEADINGS [DKT. NO. 33] on all counsel of record through the Court's efiling system on this 13th day of March, 2026.

/s/ Clifford B. Parkinson
Clifford Parkinson