**DYNAMIS LLP**
ERIC S. ROSEN (*pro hac vice*)
BROOKE WATSON (*pro hac vice*)
erosen@dynamisllp.com
bwatson@dynamisllp.com
(617) 802-9157
175 Federal Street, Suite 1200
Boston, Massachusetts 02110

JAMIE H. SOLANO (*pro hac vice*)
CAROLINE McHUGH (*pro hac vice*)
jsolano@dynamisllp.com
cmchugh@dynamisllp.com
(973) 295-5495
233 Broadway, Suite 1750
New York, NY 10279

YUSEF AL-JARANI (*pro hac vice*)
yaljarani@dynamisllp.com
(213) 283-0685
1100 Glendon Avenue, 17th Floor
Los Angeles, California 90024

**Parkinson Benson & Potter**
D. LOREN WASHBURN (10993)
BRENNAN H. MOSS (10267)
CLIFFORD PARKINSON (13327)
801-643-1420
2750 Rasmussen Rd., Suite H-107
Park City, UT 84098

*Attorneys for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH

| | |
|---|---|
| MARCIANO BRUNETTE,<br><br>Plaintiff,<br><br>vs.<br><br>DEMI ENGEMANN and<br>JEFF JENKINS PRODUCTIONS, LLC,<br><br>Defendants. | **ORDER GRANTING STIPULATION FOR EXTENSION OF TIME FOR PLAINTIFF TO RESPOND TO MOTION FOR SUMMARY JUDGMENT AND JUDGMENT ON THE PLEADINGS [DKT. NO. 33]**<br><br>CASE NO: 2:25-cv-01102-DAO<br><br>Judge Tena Campbell<br>Magistrate Judge Daphne A. Oberg |

Before the Court is the Parties' Stipulation for Extension of Time for Plaintiff to Respond

for Summary Judgment and Judgment on the Pleadings [Dkt. No. 33].  Based on the Motion and

for good cause appearing,

**IT IS HEREBY ORDERED** that the Motion is **GRANTED**.  Plaintiff shall have until March 27, 2026 to file his Opposition, and Defendant Jeff Jenkins Productions, LLC shall have until April 17, 2026 to file its Reply.

**SO ORDERED** this _____ day of _____, 2026.

BY THE COURT:

_____
DAPHNE A. OBERG
United States Magistrate Judge