**DYNAMIS LLP**
ERIC S. ROSEN (*pro hac vice*)
BROOKE WATSON (*pro hac vice*)
erosen@dynamisllp.com
bwatson@dynamisllp.com
(617) 802-9157
175 Federal Street, Suite 1200
Boston, Massachusetts 02110

JAMIE H. SOLANO (*pro hac vice*)
CAROLINE McHUGH (*pro hac vice*)
jsolano@dynamisllp.com
cmchugh@dynamisllp.com
(973) 295-5495
233 Broadway, Suite 1750
New York, NY 10279

YUSEF AL-JARANI (*pro hac vice*)
yaljarani@dynamisllp.com
(213) 283-0685
1100 Glendon Avenue, 17th Floor
Los Angeles, California 90024

**Parkinson Benson & Potter**
D. LOREN WASHBURN (10993)
BRENNAN H. MOSS (10267)
CLIFFORD PARKINSON (13327)
801-643-1420
2750 Rasmussen Rd., Suite H-107
Park City, UT 84098

*Attorneys for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH

| | |
|---|---|
| MARCIANO BRUNETTE,<br><br>Plaintiff,<br><br>vs.<br><br>DEMI ENGEMANN and<br>JEFF JENKINS PRODUCTIONS, LLC,<br><br>Defendants. | **STIPULATED MOTION FOR SCHEDULING CONFERENCE**<br><br>CASE NO: 2:25-cv-01102-TC-DAO<br><br>District Judge Tena Campbell<br>Magistrate Judge Daphne A. Oberg |

Plaintiff Marciano Brunette ("Brunette"), Defendant Jeff Jenkins Productions, LLC, and Defendant Demi Engemann hereby stipulate to this Motion for Scheduling Conference pursuant to Order to Propose Schedule (Dkt. No. 7) Paragraph 3(b) since the parties were "unable to reach agreement on *all* issues required to be discussed in their Fed. R. Civ. P. 26(f)." A copy of the

Attorney Planning Meeting Report indicating "which provisions and are contested and which are not" is attached hereto as Exhibit A.

The parties respectfully request Scheduling Conference with the Court.

Dated: March 25, 2026.

**DYNAMIS LLP**
*/s/ Jamie S. Solano*
ERIC S. ROSEN (pro hac vice)
BROOKE WATSON (pro hac vice)
JAMIE H. SOLANO (pro hac vice)
YUSEF AL-JARANI (pro hac vice)
CAROLINE McHUGH (pro hac vice)

**PARKINSON BENSON POTTER**
*/s/ Clifford B. Parkinson*
D. LOREN WASHBURN (10993)
BRENNAN H. MOSS (10267)
CLIFFORD PARKINSON (13327)
*Attorneys for Plaintiff*

**CAMERON STRACHER, PLLC**

CAMERON STRACHER (pro hac vice)
SARA TESORIERO (pro hac vice)

**PARR BROWN GEE & LOVELESS**
*/s/ Sean M. Sigillito* (with permission)
David Reymann
Carissa A. Uresk
Sean M. Sigillito
*Attorneys for Defendant Jeff Jenkins Productions*

**FOLEY BEZEK BEHLE & CURTIS,**
*/s/Roger N. Behle, Jr.* (with permission)
ROGER N BEHLE, JR (pro hac vice)
JORDAN A LIEBMAN (pro hac vice)

**PARSONS BEHLE & LATIMER**
JULIANNE P. BLANCH
*Attorneys for Defendant Demi Engemann*

2

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I served the foregoing STIPULATED MOTION FOR

SCHEDULING CONFERENCE on all counsel of record via the Court's e-filing system.

Dated: March 25, 2026.

*s/ Clifford B. Parkinson*
Clifford B. Parkinson
