**DYNAMIS LLP**
ERIC S. ROSEN (*pro hac vice*)
BROOKE WATSON (*pro hac vice*)
erosen@dynamisllp.com
bwatson@dynamisllp.com
(617) 802-9157
175 Federal Street, Suite 1200
Boston, Massachusetts 02110

JAMIE H. SOLANO (*pro hac vice*)
CAROLINE McHUGH (*pro hac vice*)
jsolano@dynamisllp.com
cmchugh@dynamisllp.com
(973) 295-5495
233 Broadway, Suite 1750
New York, NY 10279

YUSEF AL-JARANI (*pro hac vice*)
yaljarani@dynamisllp.com
(213) 283-0685
1100 Glendon Avenue, 17th Floor
Los Angeles, California 90024

**Parkinson | Benson | Potter**
D. Loren Washburn
Cliff Parkinson
loren@pbp.law
cliff@pbp.law
801-643-1420
2750 Rasmussen Rd., Suite H-107
Park City, UT 84098

*Attorneys for Plaintiff Marciano Brunette*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF UTAH**
**CENTRAL DIVISION**

| | |
|---|---|
| MARCIANO BRUNETTE, <br><br> *Plaintiff*, <br><br> v. <br><br> DEMI ENGEMANN and JEFF JENKINS PRODUCTIONS, LLC, <br><br> *Defendants*. | **APPENDIX OF EXHIBITS IN SUPPORT OF PLAINTIFF'S OPPOSITION TO JJP'S MOTION FOR SUMMARY JUDGMENT AND IN SUPPORT OF HIS MOTION UNDER FRCP 56(d)** <br><br> No. 2:25-cv-01102-TC-DAO <br><br> District Judge Tena Campbell <br><br> Magistrate Judge Daphne A. Oberg |

Plaintiff Marciano Brunette respectfully submits the following Appendix of Exhibits in Support of his Opposition to Jeff Jenkins Productions, LLC's Motion for Summary Judgment, and in Support of his Motion under Rule 56(d) to Deny or Defer Jeff Jenkins Productions, LLC's Motion for Summary Judgment.

1

**Electronically Filed**

| Exhibit | Document |
|---------|----------|
| 1 | Declaration of Marciano Brunette |
| 2 | Declaration of Jamie Solano |
| 3 | Cease-and-desist letter from Jamie Solano to counsel for Jeff Jenkins Productions, LLC, dated February 24, 2026 |
| 4 | Email from Cameron Stracher to Jamie Solano, dated February 25, 2026 |
| 5 | Article titled "Lisa Vanderpump Defends Vanderpump Villa's Marciano Amid 'Mormon Wives' Star Demi Engemann's Sexual Misconduct Claims," published in *Us Weekly*, dated November 25, 2025 |
| 6 | Instagram post published by the account "@demilucymay," purporting to belong to Demi Engemann, dated November 24, 2025 |

Dated: March 27, 2026

Respectfully submitted,

**Parkinson | Benson | Potter**

*/s/ D. Loren Washburn*
D. Loren Washburn
Cliff Parkinson
loren@pbp.law
cliff@pbp.law
801-643-1420
2750 Rasmussen Rd., Suite H-107
Park City, UT 84098

**DYNAMIS LLP**

*/s/ Jamie Hoxie Solano*
Eric S. Rosen (*pro hac vice*)
Jamie H. Solano (*pro hac vice*)
Brooke Watson (*pro hac vice*)
Yusef Al-Jarani (*pro hac vice*)
Caroline McHugh (*pro hac vice*)

*Attorneys for Plaintiff Marciano Brunette*

2