# Exhibit 4

 Outlook

---

## Re: [EXTERNAL] Brunette v. Engemann

---

**From** Cameron Stracher <cam@stracherlaw.com>

**Date** Wed 2/25/2026 11:50 AM

**To** Jamie Solano <jsolano@dynamisllp.com>

**Cc** dreymann@parrbrown.com <dreymann@parrbrown.com>; ssigillito@parrbrown.com <ssigillito@parrbrown.com>; curesk@parrbrown.com <curesk@parrbrown.com>; sara@stracherlaw.com <sara@stracherlaw.com>; Eric Rosen <erosen@dynamisllp.com>; Brooke Watson <bwatson@dynamisllp.com>; Loren Washburn <loren@pbp.law>; Cliff Parkinson <cliff@pbp.law>

[CAUTION EXTERNAL EMAIL: Keep PBP safe. Think before you click!]

Counsel — To be clear, neither Ms. Hunt, nor any attorney representing Jeff Jenkins Productions, ever spoke to your client in connection with his signing of the January 23, 2026 Participant Release, which is a standard form release used with participants in the Series and which was not drafted specifically for Mr. Brunette.

Cameron.

-



1133 BROADWAY, SUITE 516

NEW YORK, NY 10010

(646) 992-3850

(646) 992-4241 (fax)

WWW.STRACHERLAW.COM

> On Feb 24, 2026, at 8:12 AM, Jamie Solano <jsolano@dynamisllp.com> wrote:
>
> Counsel,
>
> Please see the attached correspondence.
>
> Best,
>
> Jamie
>
> **Jamie Solano**
> Partner
> <image001.jpg>
> 200 Connell Drive
> Berkeley Heights, New Jersey 07922

233 Broadway, Suite 1750
New York, NY 10279

Mobile: (214) 454-8829
Work: (973) 295-5495
Email:  JSolano@dynamisllp.com

*Please note the new address for our
New York Office*

dynamisllp.com | LinkedIn

This message (including attachments) is confidential and may be attorney-client privileged. If you are not the intended recipient, please delete it without further distribution and reply to the sender that you have received the message in error.

This message (including attachments) is confidential and may be attorney-client privileged. If you are not the intended recipient, please delete it without further distribution and reply to the sender that you have received the message in error.
<2.24.2026 Jeff Jenkins Cease and Desist.pdf>