# Exhibit 5

Lisa Vanderpump Defends Mormon Wives Marciano From Demi's Claims | Us Weekly                    3/27/26, 5:40 PM

The Wayback Machine - https://web.archive.org/web/20260304040216/https://www.usmagazine.com/entertainment/news/lisa-vanderpump-defends-mormon-wives-marciano-from-demis-claims/



Celebrity News    Entertainment    Star Style    Lifestyle    Sports    Shopping    Games    Red Carpet    Magazines    Shorts NEW    Actor Awards

**ENTERTAINMENT**

# Lisa Vanderpump Defends Vanderpump Villa's Marciano Amid 'Mormon Wives' Star Demi Engemann's Sexual Misconduct Claims

By Yana Grebenyuk    |    November 25, 2025

TOP STORIES



Lisa Vanderpump, Marciano Brunette, and Demi Engemann. Getty Images; Disney; Getty Images



YOUTUBE          NEWS          PODCASTS





**PLAY CROSSWORDS NOW**

TAP HERE TO ADD US WEEKLY AS A TRUSTED SOURCE           Add as a preferred
source on Google

**Lisa Vanderpump** is standing by *Vanderpump Villa*'s **Marciano Brunette** after **Demi Engemann** accused him of sexual misconduct on *The Secret Lives of Mormon Wives*.

"I categorically know what happened because we have cameras everywhere and I have seen every ounce of the footage," Lisa, 65, told *Access Hollywood* in an interview published on Monday, November 23.

Lisa understood why Demi's costars had their doubts about the allegations. "When the women are doubting her, they have got a very good reason," Lisa continued. "Any allegations against Marciano, I have the luxury of having all the footage."

In the comments section, *Mormon Wives'* **Jen Affleck** showed her support for Lisa, writing, "… And I was the pathological liar 🤣." **Miranda McWhorter**'s ex-husband **Chase** — who Demi previously accused of putting his hands on her while filming season 2 — also approved of Lisa's message. "In Lisa we trust," he wrote. (Chase previously denied Demi's claims about him on social media.)

## Subscribe to newsletters

Subscribe

By signing up, I agree to the Terms and Privacy Policy and to receive emails from Us Weekly



**Related:** Does the 'Mormon Wives' Cast Think Bret Engemann Cheated on Demi Engemann?

Demi first accused Marciano, 32, of crossing a line when season 2 of *Vanderpump Villa* aired in May.

"I did come out with a pretty bold and true statement against Marciano [recently] because at that point it was like, 'You're lying about me. Actually, you were the predator.' So I'm not going to stay quiet — and I stand by that statement," she exclusively told Us Weekly at the time. "There's more happening behind the scenes with that that will come to light. I'm sure at this point it's become a legal matter. There's not much more I can say on it as of now because I want to preserve the fact that it's a serious situation. But I stand behind those statements."

Demi called it "bold" of Marciano to "try to get ahead" of the narrative.

"He's trying to protect him. He's in the wrong, and I think he's scared. It's fair to say that [the] majority of people that will come forward and are trying to speak out on things or diminish my experience or come out, it's the protest too much oftentimes," Demi claimed. "It's not always the case — but especially with people who weren't involved in the situation that are going to come forward and have so much to say about it or opinions on the matter. To me, it's a clear sign of damage control."



Christopher Willard/Hulu/Disney/Everett Collection

She concluded: "I'm just trying to stay in my lane as much as I can. I am trying to control what I can control, lean on my husband, lean on my family and then handle it professionally and handle

it the best way that I possibly can. Given the fact that I was a victim in this situation, that's how I've decided to handle it. There's no right or wrong way to handle this type of situation but I am doing the best I can. Luckily I have the support of my husband and the truth on my side."

Marciano denied Demi's version of events and claimed she was lying to hide the truth of their close connection from husband **Bret Engemann**.

"What I am trying to say is that Demi has made some crazy allegations about me," Marciano wrote via Instagram in June. "But if that were the case, why are you following and DMing me and giving me your phone number and having a continued relationship after that? It doesn't make sense to me whatsoever. All I am going to say is there's so much more of this that will come out and honestly I can't wait for you to see it."

---

 **Related:** How Many Cheating Scandals Were Explored on 'Secret Lives of Mormon Wives'?

---

After sharing alleged messages between him and Demi, Marciano released a separate statement addressing her claims that he acted like a "predator."

"I really do wish I could speak more on everything but like I said the WHOLE truth will come out soon! I want to make it absolutely clear that I do not condone s3xual assault in any way, shape, or form," Marciano wrote via Instagram Story. "It's a serious matter that should never be taken lightly! But at the same time I do not support or excuse anyone who falsely claims s3xual assault, as that harms real victims and undermines the gravity of the issue."

Demi has maintained her version of events in season 3 of *The Secret Lives of Mormon Wives*, which aired earlier this month. Marciano, for his part, has attempted to clear his name amid the high profile scandal.

"It is unfortunate to see everything that is going on now, because everything that happened [on Vanderpump Villa] was consensual," Maricano claimed on the Tuesday, November 25, episode of the "Juicy Scoop" podcast. "I will just flat-out say that the accusations she's making against me are 100 percent false."

Marciano has also went public about his brief emotional affair with **Jessi Ngatikaura**, which led to a temporary separation from her husband, **Jordan Ngatikaura**.

US WEEKLY HAS AFFILIATE PARTNERSHIPS SO WE MAY RECEIVE COMPENSATION FOR SOME LINKS TO PRODUCTS AND SERVICES.

## US WEEKLY

About Us

Us Weekly Masthead

Got a Tip for Us?

Email Preferences

Media Kit

Sitemap

## LEGAL

Terms of Use

Privacy Policy

Cookie Preferences

Your Privacy Choices  ✓✗

Cookie Policy

Ad Choices

Accessibility Statement

## US WEEKLY MAGAZINE


US Weekly Magazine

Digital Access

Subscribe

Give A Gift

Special Issues

Subscriber Services

Cancel Subscription

Advertise

## CONNECT WITH US WEEKLY

    

SIGN UP FOR BREAKING CELEBRITY AND ENTERTAINMENT NEWS!                                    SUBSCRIBE

By signing up, I agree to the Terms and Privacy Policy and to receive emails from Us Weekly



Us Weekly is part of Part of the a360media Entertainment Group.© a360media 2026    |    Powered by **WordPress VIP**