# Exhibit 6

 **demilucymay** ✔ 17w · ❤ by author

Awkward that I now have to clarify this and reveal just how produced this show is...Production sat us down after filming season 1 asking us for ideas for a "big cliffhanger" because the show was "boring". We all threw out a bunch of ideas and one of mine was me saying that Dakota could meet up with me to get advice about him and taylor and someone could "get footage" of us talking in the car making it seem like "something might be going on between us". Then at the top of season 2 it's cleared up that he was just there to get my advice about Taylor the same way he did with Mayci. It really was not that deep or serious. This is a perfect example of the "pile on" tactic these women use when someone is already down in the public eye. They ALL gave ideas for a cliffhanger, but the way that they relayed this story was as though I just "wanted to stage an affair" out of the blue for fun! No. Not at all what happened, nor would I ever stage anything on my own, unlike some 👀

♡ 12

Reply

—— View 1 previous reply

 **demilucymay** ✔ 17w · ❤ by author
@realitycheckpleasee 🤍 they   ♡

