**DYNAMIS LLP**
ERIC S. ROSEN (*pro hac vice*)
BROOKE WATSON (*pro hac vice*)
erosen@dynamisllp.com
bwatson@dynamisllp.com
(617) 802-9157
175 Federal Street, Suite 1200
Boston, Massachusetts 02110

JAMIE H. SOLANO (*pro hac vice*)
CAROLINE McHUGH (*pro hac vice*)
jsolano@dynamisllp.com
cmchugh@dynamisllp.com
(973) 295-5495
233 Broadway, Suite 1750
New York, NY 10279

YUSEF AL-JARANI (*pro hac vice*)
yaljarani@dynamisllp.com
(213) 283-0685
1100 Glendon Avenue, 17th Floor
Los Angeles, California 90024

**Parkinson Benson & Potter**
D. LOREN WASHBURN (10993)
BRENNAN H. MOSS (10267)
CLIFFORD PARKINSON (13327)
801-643-1420
2750 Rasmussen Rd., Suite H-107
Park City, UT 84098

*Attorneys for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH

| | |
|---|---|
| MARCIANO BRUNETTE,<br><br>Plaintiff,<br><br>vs.<br><br>DEMI ENGEMANN and<br>JEFF JENKINS PRODUCTIONS, LLC,<br><br>Defendants. | **NOTICE OF ERRATA TO DKT. NO. 52**<br><br>CASE NO: 2:25-cv-01102-DAO<br><br>Magistrate Judge Daphne A. Oberg |

Plaintiff Marciano Brunette ("Brunette") hereby submits a corrected version of Dkt. No. 52-2, "Text of Proposed Order [Plaintiff's Proposed] Scheduling Order," pursuant to this Court's Docket Text Order at Dkt. No. 53 instructing Plaintiff to "submit a proposed scheduling order using the current forms, available on the court's website."

The attached proposed order satisfies the Court's requirement. An editable word version of the proposed order is emailed to chambers concurrently herewith.

Dated: April 2, 2026

**DYNAMIS LLP**

*/s/ Eric S. Rosen*
ERIC S. ROSEN (pro hac vice)
BROOKE WATSON (pro hac vice)
JAMIE H. SOLANO (pro hac vice)
YUSEF AL-JARANI (pro hac vice)
CAROLINE McHUGH (pro hac vice)

**PARKINSON BENSON POTTER**

*/s/ Clifford Parkinson*
D. LOREN WASHBURN (10993)
BRENNAN H. MOSS (10267)
CLIFFORD PARKINSON (13327)


*Attorneys for Plaintiff*