David C. Reymann (8495)
Sean M. Sigillito (20101)
Carissa A. Uresk (18114)
**PARR BROWN GEE & LOVELESS**
101 South 200 East, Suite 700
Salt Lake City, Utah 84111
Telephone: (801) 532-7840
dreymann@parrbrown.com
ssigillito@parrbrown.com
curesk@parrbrown.com

Attorneys for Defendant Jeff Jenkins
Productions LLC

Cameron Stracher (admitted *pro hac vice*)
Sara Tesoriero (admitted *pro hac vice*)
**CAMERON STRACHER, PLLC**
1133 Broadway, Suite 516
New York, New York 10010
Telephone: (646) 992-3850
cam@stracherlaw.com
sara@stracherlaw.com

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| MARCIANO BRUNETTE,<br><br>Plaintiff,<br><br>v.<br><br>DEMI ENGEMANN and JEFF JENKINS PRODUCTIONS LLC,<br><br>Defendants. | **STIPULATED MOTION FOR EXTENSION OF TIME FOR DEFENDANT JEFF JENKINS PRODUCTIONS LLC TO RESPOND TO PLAINTIFF'S RULE 56(d) MOTION**<br><br>Case No. 2:25-cv-01102-TC-DAO<br><br>District Judge Tena Campbell<br><br>Magistrate Judge Daphne A. Oberg |

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Defendant Jeff Jenkins Productions LLC (JJP) hereby requests a one-week extension of time until April 17, 2026, to oppose Plaintiff's Motion Under Rule 56(d) to Deny or Defer Jeff Jenkins Productions LLC's Motion for Summary Judgment (Rule 56(d) Motion). (Dkt. 57.) Good causes exists because the request is made prior to the expiration of the period sought to be extended, Plaintiff has

stipulated to the extension, and granting the extension will not delay the proceedings, as the underlying motion for summary judgment is not yet fully briefed.

A copy of the proposed Order Granting Stipulated Motion for Extension of Time for Defendant Jeff Jenkins Productions LLC to Respond to Plaintiff's Rule 56(d) Motion is attached as Exhibit A.

RESPECTFULLY SUBMITTED this 9th day of April 2026.

/s/ David C. Reymann

**PARR BROWN GEE & LOVELESS**
David C. Reymann
Sean M. Sigillito
Carissa A. Uresk

**CAMERON STRACHER, PLLC**
Cameron Stracher
Sara Tesoriero

Attorneys for Defendant Jeff Jenkins Productions LLC

/s/ Eric S. Rosen*

**DYNAMIS LLP**
Eric S. Rosen
Jamie H. Solano
Brooke Watson
Yusef Al-Jarani
Caroline McHugh

**Parkinson | Benson | Potter**
D. Loren Washburn
Cliff Parkinson

Attorneys for Plaintiff Marciano Brunette

*Signed with permission via email*

2