David C. Reymann (8495) (dreymann@parrbrown.com)
Sean Sigillito (20101) (ssigillito@parrbrown.com)
Carissa Uresk (18114) (curesk@parrbrown.com)
**Parr Brown Gee & Loveless, P.C.**
101 South 200 East, Suite 700
Salt Lake City, Utah 84111
Telephone: (801) 532-7840

Cameron Stracher (*pro hac vice*) (cam@stracherlaw.com)
Sara Tesoriero (*pro hac vice*) (sara@stracherlaw.com)
**Cameron Stracher, PLLC**
1133 Broadway, Suite 516
New York, NY 10010
Telephone: (646) 992-3850

Attorneys for Defendant Jeff Jenkins Productions LLC

---

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| MARCIANO BRUNETTE,<br><br>Plaintiff,<br><br>v.<br><br>DEMI ENGEMANN and JEFF JENKINS PRODUCTIONS LLC,<br><br>Defendants. | **DECLARATION OF JULIA SCHRADER**<br><br>Case No. 2:25-CV-01102<br><br>Judge Tena Campbell<br>Magistrate Judge Daphne A. Oberg |

Pursuant to 28 U.S.C. § 1746, Julia Schrader declares:

1.      I am over the age of eighteen and fully competent to make this declaration.  I have personal knowledge of the facts herein.

2.      I am a senior segment producer at Ludwig Productions, LLC ("Ludwig Productions") producer of "Secret Lives of Mormon Wives" (the "Series").

3.      As the senior segment producer, one of my responsibilities is securing releases from persons who are filmed in connection with the Series.

4.      On the evening of January 23, 2026, Ludwig Productions was filming scenes from the Series at The Cabin, a local bar in Park City, Utah.

5.      During the filming, Plaintiff Marciano Brunette arrived with several other participants in the Series.

6.      Ludwig Productions filmed Brunette's interactions with the other participants both inside and outside The Cabin.

7.      When filming was completed, I asked Brunette to sign a form release, which he did.  This is standard procedure that we follow for all Series participants.

8.      I did not speak with any attorneys about having Brunette sign the release prior to his signing the release, and no attorneys asked me to have Brunette sign the release either directly or indirectly.

I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 10, 2026

_____
Julia Schrader