IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| MARCIANO BRUNETTE,<br><br>      Plaintiff,<br><br>v.<br><br>DEMI ENGEMANN and JEFF JENKINS<br>PRODUCTIONS LLC,<br><br>      Defendants. | **ORDER FOR SUPPLEMENTAL BRIEFING**<br><br>Case No. 2:25-cv-1102<br><br>Judge Tena Campbell<br>Magistrate Judge Daphne A. Oberg |

As ordered during the hearing on July 15, 2026, the court orders the parties to file supplemental briefing of no more than 10 pages within 7 days of the date of this order on the following hypothetical:

> Assume that Ms. Engemann appears on the show with a black eye and states that Mr. Brunette hit her.  Under the Performer Agreement and the laws of New York, is Mr. Brunette prohibited from bringing a defamation claim against Ms. Engemann?
>
> Is Mr. Brunette prohibited from bringing a defamation claim against the production company even if the company airs footage of discussions of the allegation and even though the company knows that someone else hit Ms. Engemann?

The court clarifies that this hypothetical is designed to test the limits of the 2025 Performer Agreement (ECF No. 31-7).  Responses should not consider the 2026 Participant Release (ECF No. 33-4).

1

DATED this 15th day of July, 2026.

BY THE COURT:

_Tena Campbell_
Tena Campbell
United States District Judge