**DYNAMIS LLP**
ERIC S. ROSEN (*pro hac vice*)
BROOKE WATSON (*pro hac vice*)
erosen@dynamisllp.com
bwatson@dynamisllp.com
(617) 802-9157
175 Federal Street, Suite 1200
Boston, Massachusetts 02110

JAMIE H. SOLANO (*pro hac vice*)
CAROLINE McHUGH (*pro hac vice*)
jsolano@dynamisllp.com
cmchugh@dynamisllp.com
(973) 295-5495
233 Broadway, Suite 1750
New York, NY 10279

YUSEF AL-JARANI (*pro hac vice*)
yaljarani@dynamisllp.com
(213) 283-0685
1100 Glendon Avenue, 17th Floor
Los Angeles, California 90024

**Parkinson | Benson | Potter**
D. Loren Washburn (10993)
Cliff Parkinson
loren@pbp.law
cliff@pbp.law
801-643-1420
2750 Rasmussen Rd., Suite H-107
Park City, UT 84098

*Attorneys for Plaintiff Marciano Brunette*

# UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH
## CENTRAL DIVISION

| | |
|---|---|
| MARCIANO BRUNETTE,<br><br>*Plaintiff*,<br><br>v.<br><br>DEMI ENGEMANN and JEFF JENKINS PRODUCTIONS, LLC,<br><br>*Defendants*. | **ORDER GRANTING STIPULATED MOTION TO HOLD PENDING MOTIONS IN ABEYANCE**<br><br>No. 2:25-cv-01102-TC-DAO<br><br>District Judge Tena Campbell<br><br>Magistrate Judge Daphne A. Oberg |

Before the Court is Plaintiff Marciano Brunette's Stipulated Motion to Hold Pending Motions in Abeyance. The Parties represent that they have reached a settlement resolving all claims in this action and that they will file a stipulation of dismissal of this action with prejudice under Fed. R. Civ. P. 41(a)(1)(A)(ii). Having considered the motion, and good cause appearing therefor, the Court GRANTS the motion and ORDERS as follows:

1.  Defendant Demi Engemann's Motion to Dismiss (ECF No. 30), Defendant Jeff Jenkins Productions LLC's Motion for Judgment on the Pleadings, Summary Judgment, and Fees (ECF No. 33), and Plaintiff's Motion under Fed. R. Civ. P. 56(d) (ECF No. 57) are HELD IN ABEYANCE pending the filing of the stipulation of dismissal.

2.  The Parties shall file the stipulation of dismissal no later than twenty-five (25) days after the effective date of their settlement agreement. If the stipulation has not been filed within that period, the Parties shall file a status report advising the Court of the status of the settlement.

3.  The stay of discovery and of the entry of a scheduling order (ECF No. 77) remains in effect.

4.  Any deadline for supplemental briefing set by the Court's prior orders (ECF Nos. 78, 81) is VACATED, subject to reinstatement if the stipulation of dismissal is not filed.

DATED this _____ day of _____, 2026.

BY THE COURT:

_____
Hon. Tena Campbell
United States District Judge

1