IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| MARCIANO BRUNETTE,<br><br>      Plaintiff,<br><br><br>v.<br><br>DEMI ENGEMANN and JEFF JENKINS PRODUCTIONS LLC,<br><br>      Defendants. | **ORDER GRANTING STIPULATED MOTION TO HOLD PENDING MOTIONS IN ABEYANCE**<br><br><br>Case No. 2:25-cv-1102<br><br><br>Judge Tena Campbell<br>Magistrate Judge Daphne A. Oberg |

Before the court is Plaintiff Marciano Brunette's Stipulated Motion to Hold Pending Motions in Abeyance.  The parties represent that they have reached a settlement resolving all claims in this action and that they will file a stipulation of dismissal of this action with prejudice under Fed. R. Civ. P. 41(a)(1)(A)(ii).  Having considered the motion, and good cause appearing, the court GRANTS the motion and ORDERS as follows:

1.      Defendant Demi Engemann's Motion to Dismiss (ECF No. 30), Defendant Jeff Jenkins Productions LLC's Motion for Judgment on the Pleadings, Summary Judgment, and Fees (ECF No. 33), and Plaintiff's Motion under Fed. R. Civ. P. 56(d) (ECF No. 57) are HELD IN ABEYANCE pending the filing of the stipulation of dismissal.

2.      The parties shall file the stipulation of dismissal no later than twenty-five (25) days after the effective date of their settlement agreement.  If the stipulation has not been filed by September 14, 2026, the parties shall file a status report advising the court of the status of the settlement.

1

3.      The stay of discovery and of the entry of a scheduling order (ECF No. 77)

remains in effect.

4.      Any deadline for supplemental briefing set by the court's prior orders (ECF

Nos. 78, 81) is VACATED, subject to reinstatement if the stipulation of dismissal is not filed.

DATED this 6th day of August, 2026.

BY THE COURT:

Tena Campbell
United States District Judge