IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| MARCIANO BRUNETTE,<br><br>Plaintiff,<br><br>v.<br><br>DEMI ENGEMANN and JEFF JENKINS PRODUCTIONS LLC,<br><br>Defendants. | **ORDER GRANTING STIPULATED MOTION TO DISMISS**<br><br>Case No. 2:25-cv-1102<br><br>Judge Tena Campbell<br>Magistrate Judge Daphne A. Oberg |

Pursuant to the parties' joint stipulation (ECF No. 86), this case is dismissed with prejudice. The court directs the Clerk of Court to close this case. Each party shall bear its own attorneys' fees and costs.

DATED this 18th day of August, 2026.

BY THE COURT:

Tena Campbell

Tena Campbell
United States District Judge